```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  DANE R. GILLETTE
    Chief Assistant Attorney General
 3  JULIE L. GARLAND
    Senior Assistant Attorney General
 4  HEATHER BUSHMAN
    Supervising Deputy Attorney General
 5  KIM AARONS, State Bar No. 213480
    Deputy Attorney General
 6   110 West A Street, Suite 1100
     San Diego, CA 92101
 7   P.O. Box 85266
     San Diego, CA 92186-5266
 8   Telephone: (619) 525-4398
     Fax: (619) 645-2581
 9   Email: Kim.Aarons@doj.ca.gov

10  Attorneys for Respondent Board of Parole Hearings
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CLARK,<br><br>                Petitioner,<br><br>v.<br><br>ROBERT HERNANDEZ, WARDEN,<br><br>                Respondent. | No. 08 CV 0399 H (PCL)<br><br>**RESPONDENT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE HIS ANSWER; SUPPORTING DECLARATION OF KIM AARONS**<br><br>Judge: The Honorable<br>        Peter C. Lewis |

TO THE HONORABLE PETER C. LEWIS, UNITED STATES MAGISTRATE JUDGE, AND PETITIONER'S COUNSEL OF RECORD:

    Respondent respectfully applies for an extension of time, through July 7, 2008, within which to file his Answer to the Petition for Writ of Habeas Corpus. The Answer is currently due on May 5, 2008.

///

///

///

1     This application is based on good cause as set forth in the attached declaration of Kim Aarons. A proposed order is being filed herewith.

Dated: May 2, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

HEATHER BUSHMAN
Supervising Deputy Attorney General

/S/ Kim Aarons

KIM AARONS
Deputy Attorney General

Attorneys for Respondent

70122643.wpd
SD2008700231

08 CV 0399 H (PCL)

1

**DECLARATION OF KIM AARONS**

I, Kim Aarons, hereby declare and state:

1. I am an attorney at law, duly admitted and licensed to practice law in this Court. I am employed as a Deputy Attorney General for the State of California. In that capacity, I am the attorney representing Respondent in this matter. The following facts are based on my own personal knowledge, except for those facts based on information and belief, which I believe to be true. If called upon as a witness to testify, I could, and would, competently testify about the following facts.

2. On March 11, 2008, this Court issued an Order Requiring Response to the Petition for Writ of Habeas Corpus. The Answer is currently due on May 5, 2008. I have not previously requested any extensions of time in this matter.

3. I need additional time to file the Answer because I have several previous assignments requiring my immediate attention. Specifically, I have responsive pleadings due within the next thirty days in the following matters: *In re Starks* (Los Angeles County Super. Ct. Case No. BH004987), return due on May 5, 2008; *Williams v. Marshall* (CV 08-0212 JFW (AJW)), answer due on May 5, 2008; *Harris v. Felker* (CV-07-2216-JAH (VLM)), due on May 6, 2008, on a first (sixty-day) extension of time; *Rucker v Marshall* (08-1727-AHM (RCF), answer due on May 5, 2008, on a first extension of time with no further extensions to be granted; *Carrizosa v. Woodford* (05-CV-01935-IEG (LSP)), supplemental pleading due on May 14, 2008, on a first extension of time; *In re Masoner,* opening brief due on May 14, 2008 on a first extension of time; *In re Smith* (San Diego County Super. Ct. Case No. HSC 10956), supplemental informal response due on May 8, 2008; and *Lopez v. Sedley* (CV 08-978-JVS (OP)), response due on May 20, 2008, on a first (sixty-day) extension of time. In addition, I have an oral argument in the California Court of Appeal on May 20, 2008.

4. I am therefore respectfully requesting a sixty-day extension of time, through July 7, 2008, to file and serve the Answer in this matter. This is my first request for an extension of time in this matter. This request is made in good faith and is based on good cause as set forth

///

08 CV 0399 H (PCL)

2

above. This request is not made to harass Petitioner, to delay the outcome of this matter, or for any other improper purpose.

5.  I do not believe that Petitioner will be prejudiced by a delay in the consideration of his claims. Allowing respondent the brief amount of time required to prepare a proper response will serve the interests of justice without materially prejudicing or unduly benefitting either side.

6.  Earlier today, I contacted Linda Buchalter, counsel for petitioner, to ascertain whether she has any objection to this request for an extension of time. Ms. Buchalter indicated that she neither supports nor opposes this request. Counsel will receive notice of this application by mail, at the address she provided to the Court.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of May, 2008, at San Diego, California.

/S/ Kim Aarons
KIM AARONS

08 CV 0399 H (PCL)

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Clark v. Hernandez**

Case No.:    **08 CV 0399 H (PCL)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On May 2, 2008, I served the attached:

**RESPONDENT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE HIS ANSWER; SUPPORTING DECLARATION OF KIM AARONS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

**Linda Buchalter, Esq.**
**Law Office of Linda Buchalter**
**1011 5th Street, Suite 6**
**Santa Monica, CA 90403**

*Attorney for Petitioner*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 2, 2008, at San Diego, California.

F. Terrones
Declarant                                         Signature

70122686.wpd