IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH CLARK,**<br><br>                              Petitioner,<br><br>v.<br><br>**ROBERT HERNANDEZ, WARDEN,**<br><br>                              Respondent. | Case No. 08cv399 H (PCL)<br><br>**ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

Respondent applied ex parte for an extension of time to file his response to the petition for writ of habeas corpus. For good cause having been shown, IT IS HEREBY **ORDERED** that Respondent shall file his Answer to the Petition on or before July 7, 2008. Petitioner's traverse is due before or on August 11, 2008.

DATE: May 2, 2008

Peter C. Lewis
U.S. Magistrate Judge
United States District Court