1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | JULIE L. GARLAND
Senior Assistant Attorney General
4 | HEATHER BUSHMAN
Supervising Deputy Attorney General
5 | KIM AARONS, State Bar No. 213480
Deputy Attorney General
6 |  110 West A Street, Suite 1100
San Diego, CA 92101
7 | P.O. Box 85266
San Diego, CA 92186-5266
8 | Telephone:  (619) 525-4398
Fax:  (619) 645-2581
9 | Email:  Kim.Aarons@doj.ca.gov

10 | Attorneys for Respondent

11

12 | IN THE UNITED STATES DISTRICT COURT

13 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15 | **JOSEPH CLARK,** | 08 CV 0399 H (PCL)

16 | Petitioner, | **RESPONDENT'S REQUEST FOR STAY PENDING ISSUANCE OF THE MANDATE IN *HAYWARD***

17 | v.

18 | **ROBERT HERNANDEZ, WARDEN,** | Judge:    The Honorable
                                        Peter C. Lewis

19 | Respondent.

20

21 |        California prison inmate Joseph Clark filed a Petition for Writ of Habeas Corpus,

22 | contending that his due process rights were violated by the Board of Parole Hearings' 2006

23 | decision finding him unsuitable for parole.  The Court ordered a response to the Petition.  On

24 | May 16, 2008, the Ninth Circuit granted en banc review in *Hayward v. Marshall*, 512 F.3d 536

25 | (9th Cir. 2008), *reh'g en banc granted*, __ F.3d __, No. 06-55392 (9th Cir. filed May 16, 2008).

26 | Hearing took place on June 24, 2008.  The en banc court in *Hayward* will decide whether this

27 | Court has jurisdiction over this case, and the appropriate standard to be applied if there is

28 | jurisdiction.  Therefore, Respondent requests a stay of this case pending the issuance of the

1  mandate in *Hayward*.

2  **ARGUMENT**

3  **I.**

4  **THE COURT SHOULD EXERCISE ITS DISCRETION AND STAY THIS**
   **MATTER PENDING ISSUANCE OF THE MANDATE IN *HAYWARD***
5  **BECAUSE BOTH THE BALANCE OF THE INTERESTS AND**
   **CONSIDERATIONS OF JUDICIAL ORDER AND ECONOMY FAVOR**
6  **GRANTING A STAY.**

7  A trial court has discretion to ensure the just and efficient determination of a case by

8  staying it pending the resolution of other proceedings where a stay would be "efficient for [the

9  court's] docket and the fairest course for the parties." *Leyva v. Certified Grocers of Cal.*,

10  593 F.2d 857, 863 (9th Cir. 1979). In determining whether to grant a stay, a court should

11  consider the possible damage that may result, the hardship or inequity that a party may suffer,

12  and the orderly course of justice, in terms of simplifying or complicating the issues, proof, and

13  questions of law, that could result from the issuance of a stay. *Lockyer v. Mirant Corp.*, 398 F.3d

14  1098, 1109, 1111 (9th Cir. 2005). A court should also take into account the existence of similar

15  cases that are pending in the same district court, and the probability that more are likely to be

16  filed. *Id.* Staying cases that are on the forefront of an issue provides a necessary delay, allowing

17  for resolution of the issues and resulting in uniform treatment of like suits. *Id.*

18  As the resolution of *Hayward* could significantly impact this case and numerous similar

19  cases and issuing a stay would prevent unfairness and serve the interests of judicial economy, the

20  Court should therefore exercise its discretion and stay this matter pending the issuance of the

21  mandate in *Hayward*.

22  **A.    Moving Forward with this Case Before the Finality of *Hayward***
       **Does Not Serve the Interest of Judicial Economy.**
23

24  Granting a stay in this case serves the interests of judicial order and economy. On May

25  16, 2008, the Ninth Circuit granted rehearing en banc in *Hayward*. (Ex. 1.) At issue before the

26  en banc panel in *Hayward* are two threshold issues that are necessary to the resolution of this

27  case: 1) whether California has created a federally protected liberty interest in parole for life

28  inmates, and 2) if a liberty interest is created, what process is due under clearly established

   Supreme Court authority. Resolution of these issues could establish that Petitioner does not have

1   a federally protected liberty interest in parole, potentially allowing the Court to dismiss his

2   claims for lack of jurisdiction without requiring briefing from the parties. Moreover, it would be

3   wasteful to proceed in this case without the Ninth Circuit's holdings in these matters, as the

4   parties would need to brief issues that will be decided en banc and then submit supplemental

5   briefing to apply the law as clarified in the en banc decision. The two rounds of pleadings may

6   unnecessarily complicate the matters raised and would impair the orderly course of justice.

7   Waiting for the resolution of *Hayward* would thus conserve Court resources, and prevent the

8   Court from having to revisit this matter if *Hayward* is modified or reversed.

9          A stay would also serve judicial order and economy by maintaining uniform treatment of

10   like suits, as once the law is settled it can be uniformly applied. In many habeas petitions

11   challenging California parole decisions, the Ninth Circuit has sua sponte stayed submission of

12   the cases until the resolution of *Hayward*. *See, e.g., Tolliver v. Carey*, no. 07-15347; *Boatman v.*

13   *Brown*, no. 05-16199; *Smiley v. Hernandez*, no. 06-55727; *Valdivia v. Brown*, no. 08-15650;

14   *Johnson v. Newland*, no. 04-16712; *Varner v. Brown*, no. 05-16029; *Johnson v. Finn*, no. 06-

15   17042; *Clark v. Shepherd*, no. 06-55065; *Cooke v. Solis*, no. 06-15444. Furthermore, the district

16   courts have recently begun to stay submission of cases until the resolution of *Hayward*. *See, e.g.,*

17   *Lopez v. Sedley*, no. CV 08-978-JVS (OP) (Central District stay order issued on June 19, 2008);

18   *Waldon v. Dexter*, no. CV 08-1996 DSF (AJW) (Central District stay order issued on June 12,

19   2008). Thus, granting a stay would conserve judicial resources and serve the Court's interest in

20   orderly managing these proceedings.

21          **B.      A Stay Would Not Unfairly Delay Petitioner in Pursuing His Claims.**

22          A stay of this case at the district court level would not unfairly impose any additional or

23   otherwise avoidable hardship on Petitioner. As discussed above, if the parties proceed in this

24   case additional briefing will likely be needed after the decision in *Hayward*, perhaps delaying

25   final resolution. Also, even if this court decides this case before *Hayward*, it is likely the losing

26   party will file an appeal, and that appeal may be delayed pending resolution of *Hayward*. (*See*

27   Arg. I.A.)

28   ///

Case No. 08 CV 0399 H (PCL)

1

**CONCLUSION**

2        When the equities are balanced, the parties' interests and the interests of judicial economy

3    support staying this case pending the final resolution of *Hayward*.  Staying this case until

4    challenges to *Hayward* are resolved and that decision becomes final promotes the orderly

5    resolution of this matter, and will assist in maintaining uniformity of like suits pending before

6    this Court and similar cases that will be filed in the future.  Respondent therefore requests that

7    the Court exercise its discretion to stay this matter pending issuance of the mandate in *Hayward*.

8

9                    Dated:  June 25, 2008

10                            Respectfully submitted,

11                            EDMUND G. BROWN JR.
                             Attorney General of the State of California

12                            DANE R. GILLETTE
13                            Chief Assistant Attorney General

                             JULIE L. GARLAND
14                            Senior Assistant Attorney General

15                            HEATHER BUSHMAN
                             Supervising Deputy Attorney General

16

17
                             */S/ Kim Aarons*
18

19                            KIM AARONS
                             Deputy Attorney General
                             Attorneys for Respondent
20

21
     70128506.wpd
22   SD2008700231

23

24

25

26

27

28

Case No. 08 CV 0399 H (PCL)

**Clark, Joseph v. Robert Hernandez, Warden**
**USDC, Southern District Court Case no. 08-CV-0399 H (PCL)**

# EXHIBIT 1

**General Docket for the United States Court of Appeals for the Ninth Circuit,**
**Hayward v. Marshall, Case No. 06-55392**

## General Docket
## United States Court of Appeals for the Ninth Circuit

**Court of Appeals Docket #:** 06-55392                                    **Docketed:** 03/22/2006
**Nature of Suit:** 3530 Habeas Corpus
Hayward v. Marshall
**Appeal From:** US District Court for Central California, Los Angeles

**Case Type Information:**
  1) prisoner
  2) state
  3) habeas corpus

**Originating Court Information:**
  **District:** 0973-2 : CV-05-07239-GAF(CT)
  **Trial Judge:** Gary A. Feess, U.S. District Judge
  **Date Filed:** 10/05/2005
  **Date Order/Judgment:**                      **Date NOA Filed:**
  02/16/2006                                    02/28/2006

**Prior Cases:**
  None

**Current Cases:**
  None

| | |
|---|---|
| RONALD HAYWARD<br>        Petitioner - Appellant | Joseph V. Camarata, Esq., Attorney<br>Direct: 707/647-3787<br>Fax: 707/645-8865<br>[COR LD NTC Retained]<br>LAW OFFICE OF JOSEPH V. CAMARATA<br>1410 Georgia Street<br>Vallejo, CA 94590-0000<br><br>Michael Satris, Esq., Attorney<br>Direct: 415/868-9209<br>Fax: 415/868-2658<br>[COR LD NTC Retained]<br>P.O. Box 337<br>Bolinas, CA 94924-0000 |
| v. | |
| JOHN MARSHALL, California Men's Colony<br>East<br>        Respondent - Appellee | Julie L. Garland, Esq., Attorney<br>Direct: 619/645-2604<br>Fax: 619/645-2480 |

[COR LD NTC Dep State Aty Gen]
AGCA - OFFICE OF THE CALIFORNIA
ATTORNEY GENERAL (SAN DIEGO)
Ste. 1100
110 W. "A" St.
San Diego, CA 92101-5266

Jennifer A. Neill, Esq., Attorney
Direct: 916/324-4361
Fax: 916/324-5205
[COR LD NTC Dep State Aty Gen]
AGCA - OFFICE OF THE CALIFORNIA
ATTORNEY GENERAL (SAC)
1300 "I" St.
P.O. Box 944255
Sacramento, CA 94244-2550

--------------------------------

FEDERAL PUBLIC DEFENDER'S OFFICE
FOR EASTERN DISTRICT OF CALIFORNIA
     Amicus Curiae

Daniel J. Broderick, Esq., Attorney
Direct: 916/498-5700
Fax: 916/498-5710
[NTC]
FPDCA - FEDERAL PUBLIC DEFENDER'S
OFFICE (SACRAMENTO)
3rd Floor
801 "I" St.
Sacramento, CA 95814-2510

Monica Knox, Esq., Attorney
Direct: 916/498-5700
Fax: 916/498-5710
[NTC]
FPDCA - FEDERAL PUBLIC DEFENDER'S
OFFICE (SACRAMENTO)
3rd Floor
801 "I" St.
Sacramento, CA 95814-2510

FEDERAL PUBLIC DEFENDER'S OFFICE
FOR THE CENTRAL DISTRICT OF
CALIFORNIA
     Amicus Curiae

Sean K. Kennedy, Esq., Attorney
Direct: 213/894-2854
Fax: 213/894-0081
[NTC]
FPDCA - FEDERAL PUBLIC DEFENDER'S
OFFICE (LOS ANGELES)
321 East Second Street
Los Angeles, CA 90012-4202

RONALD HAYWARD,

Petitioner - Appellant

v.

JOHN MARSHALL, California Men's Colony East,

Respondent - Appellee

-----------------------------

FEDERAL PUBLIC DEFENDER'S OFFICE FOR EASTERN DISTRICT OF CALIFORNIA;
FEDERAL PUBLIC DEFENDER'S OFFICE FOR THE CENTRAL DISTRICT OF CALIFORNIA,

Amici Curiae

| | | |
|---|---|---|
| 03/22/2006 | 1 | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. CADS SENT (Y/N): n. setting schedule as follows: appellant's opening brief is due 5/1/06; appellees' brief is due 6/1/06; appellants' reply brief is due 6/15/06; [06-55392] |
| 03/22/2006 | 2 | Filed certificate of record on appeal RT filed in DC NT. [06-55392] |
| 03/22/2006 | 3 | Received copy of District Court order filed on 3/16/06 COA is not required because pet. hc challenges the governor's reversal of the CA. Board of Prison terms, etc. [06-55392] |
| 03/22/2006 | 4 | Received (2) orig. District Court case file & (2) folders of Dockets #B0003 & B0004. (RECORDS unit) |
| 04/11/2006 | 5 | Received District Court case file: 1 bundle of state-lodged documents. |
| 05/01/2006 | 6 | Filed original and 15 copies Appellant Ronald Hayward opening brief (Informal: no) 30 pages and five excerpts of record in 1 volumes; served on 4/30/06 [06-55392] |
| 06/02/2006 | 7 | Filed John Marshall motion to stay further action [06-55392] served on 6/1/06 (PROMO) |
| 06/21/2006 | 9 | Filed PROMO order (Deputy Clerk: AT) Respondents motion to stay appellate procedings pending this court's disposition of Sass v. CBPT, appeal no. 05-16455 is granted in part. This case is stayed until July 31, 2006. On or before the expiration of the stay, respondent shall file the answering brief or file a status report and an appropriate motion. If respodent file the answering brief, the reply brief is due 14 days after service of the answering brief. The filing of the answering brief or failure to file a motion shall terminate the stay. Respondent is reminded that a motion should provide the position of opposing counsel with regard to the proposed relief. Court records shall be amended to reflect that respondent is represented by Heather Bushman, Supervising Deputy Attorney General, 110 West A Street, Suite 1100, San Diego, CA 92101; phone (619) 645-2390; fax (619) 645-2581. [06-55392] |
| 07/21/2006 | 10 | Filed John Marshall's status report and renewed motionfor stay of appellate |

|  |  |  |
|---|---|---|
|  |  | proceedings. served on 7/20/06 (PROMO) [06-55392] |
| 08/02/2006 | 11 | Filed Appellee John Marshall response opposing appellee's motion staying further action. served on 7/26/06 (PROMO) [06-55392] |
| 08/03/2006 | 13 | Filed PROMO order (Deputy Clerk: AMT) APles opposed motion for abeyance of proceedings is denied. The answering brief is due 9/5/06. The optional reply brief is due 14 days after service of the answering brief., [06-55392] |
| 08/31/2006 | 14 | Filed John Marshall motion to extend time to file appellee's brief until 10/5/06 [06-55392] served on 8/30/06 PROMO |
| 09/07/2006 | 15 | Filed order (Deputy Clerk:amt) Appellee's unopposed late motion for a 30-day extension of time to file the answering brief is granted. The answering brief is due 10/5/06. The optional reply brief is due 14 days after service of the answering brief. (PROMO) [06-55392] |
| 10/16/2006 | 17 | Received orig. 15 copies John Marshall's brief of 23 pages; served on 10/13/06 deficient: brief is late [06-55392] response to brief deficiency notice due 10/30/06; |
| 10/23/2006 | 18 | Received orig. 15 copies Ronald Hayward's reply brief ( Informal: no ) of 10 pages; served on 10/23/06 deficient aple brief is not filed. Notified counsel. [06-55392] |
| 12/06/2006 | 19 | Filed Appellant Ronald Hayward's motion to take judicial notice. (PROMO) [06-55392] served on 12/5/06 [06-55392] |
| 12/14/2006 | 20 | Filed PROMO order (Deputy Clerk: AMT) Aplt's request for judicial notice is being referred to the merits panel for resolution. Any related response or further requests shall also be referred to the panel. Aples shall file a motion for leave to file a late answering brief within 14 days after the date of this order. After rcpt of aples motion for leave to file a late ans. br., the ans. br. already rcd will be ordered filed. The case shall be placed on the next available after the filing of the briefs. [06-55392] |
| 12/26/2006 | 22 | Filed (Faxed) John Marshall's motion for leave to file late Respondent-Appellee's brief; served on 10/13/06 [6044158] (PROMO) |
| 12/26/2006 | 23 | Filed original and 15 copies of John Marshall's 23 pages brief and 5 supplemental excerpts of record in 1 volume; served on 10/13/06 [06-55392] |
| 12/29/2006 | 26 | Filed order (Deputy Clerk: amt PROMO) granting appellee's motion to file late brief [6044158-1] The ans br already recd has been filed. Aplt's reply br already received is ordered filed. [06-55392] |
| 12/29/2006 | 27 | Filed original and 15 copies Ronald Hayward reply brief, ( Informal: n ) 10 pages; served on 10/23/06 [06-55392] |
| 03/05/2007 | 29 | Calendar check performed [06-55392] |
| 04/10/2007 | 30 | Calendar materials being prepared. [06-55392] [06-55392] |
| 04/19/2007 | 31 | CALENDARED: PASA Jun 8 2007 930 am Courtroom 1 [06-55392] |
| 05/22/2007 | 33 | Received Ronald Hayward additional citations, served on 5/15/07 (FAXED TO PANEL) [06-55392] |

| 06/04/2007 | 34 | Filed John Marshall additional citations, served on 6/1/07. (PANEL) (CASE FILE) [06-55392] |
|---|---|---|
| 06/04/2007 | 35 | Filed notice of appearance of Lora Fox Martin (Withdrew as counsel: attorney Jane Catherine Malich for John Marshall [06-55392] |
| 06/08/2007 | 36 | ARGUED AND SUBMITTED TO Daniel M. Friedman, Alex KOZINSKI, Ronald M. GOULD [06-55392] |
| 01/03/2008 | 41 | Filed order (Alex KOZINSKI, Daniel M. Friedman, Ronald M. GOULD,): The case is remanded to the district court for the limited purpose of releasing petitioner forthwith, subject to such conditions as the district court deems necessary to ensure that petitioner will not flee pending final resolution of the case. [06-55392] |
| 01/03/2008 | 42 | FILED OPINION: REVERSED and REMANDED (Terminated on the Merits after Oral Hearing; Reversed and Remanded; Written, Signed, Published. Alex KOZINSKI; Daniel M. Friedman; Ronald M. GOULD, author.) FILED AND ENTERED JUDGMENT. [06-55392] |
| 01/03/2008 | 44 | Sent certified copy of order filed 1/3/08 to USDC. Emailed copies of opinion/order to DJ Feess and USDC. [06-55392] |
| 01/09/2008 | 48 | Filed Appellant Ronald Hayward's motion to withdraw as counsel. (PANEL) [06-55392] served on 1/5/08 [06-55392] |
| 01/17/2008 | 46 | Filed original and 50 copies Appellee John Marshall petition for panel rehearing and petition for rehearing en banc. (PANEL AND ALL ACTIVE JUDGES AND INTERESTED SENIOR JUDGES) 22 p.pages, served on 1/17/08 [06-55392] |
| 01/22/2008 | 47 | Filed order (Ronald M. GOULD): Aplt is ordered to file a response to Aples petition for panel rehearing and petition for rehearing en banc. The response must be filed no later than twenty-one (21) days from the date of this order. (PHONED AT 2:49 PM)[06-55392] |
| 01/28/2008 | 50 | Rec'd notice of appearance of Michael Satris. (CASEFILE) [06-55392] |
| 02/07/2008 | 64 | Filed order (ALEX KOZINSKI, DANIEL M. FRIEDMAN and RONALD M. GOULD) The mtn for withdrawal of csl is granted. We have received Notice of Appearance of Csl Michael Satris on behalf of Petitioner and we recognize that the district court has appointed Michael Satris as csl for Peititoner pursuant to 18 U.S.C. 3006A(a)(2)(B). We order that Michael Satris be appointed as csl for Petitioner before us. We also direct the Clerk of this Court to correct the docket to show Michael Satris as Petitioner's appointed cousnel of record. |
| 02/11/2008 | 52 | Filed Appellant Ronald Hayward's response to petition opposing petition for enbanc rehearing served on 2/11/08 (PAEL AND ALL ACTIVE JUDGES AND ANY INTERESTED SENIOR JUDGES) [06-55392] |
| 03/17/2008 | 53 | FILED (ORIGINAL) CERTIFIED RECORD ON APPEAL IN 2 CLERKS RECORD, AND 2 BULKY DOCUMENTS. |
| 05/16/2008 | 54 | Filed Order FOR PUBLICATION (ALEX KOZINSKI) Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.1 |

| | | |
|---|---|---|
| 05/16/2008 | 55 | Filed order (ALEX KOZINSKI): En banc oral argument will take place during the week of June 23, 2008, in Pasadena, California. The date and time will be determined by separate order. Within seven days from the date of this order, the parties shall forward to the Clerk of Court thirty additional copies of the original briefs and excerpts of record. |
| 05/22/2008 | 56 | CALENDARED: 06/24/2008 9:30 AM Pasadena, CA Courtroom 3 |
| 05/22/2008 | 57 | Hearing Notice for JUNE Calendar. Please return ACKNOWLEDGMENT OF HEARING NOTICE form to: PASADENA Office. Attention: The Notice of Docket Activity may not list your case number. Please open attached documents to view details about your case. |
| 05/22/2008 | 58 | Received 30 copies of appellant's opening brief w/ EOR in 1 vol. (EN BANC PANEL) |
| 05/22/2008 | 59 | Received 30 copies of appellant's reply brief. (EN BANC PANEL). |
| 05/22/2008 | 60 | Filed Appellant Ronald Hayward motion for order granting leave to file supplemental briefs. Served on 05/21/2008. (FAXED TO EN BANC PANEL). |
| 05/23/2008 | 62 | Received 30 copies of appellee's brief w/ EOR in 1 vol. |
| 05/27/2008 | 61 | Filed order (ALEX KOZINSKI) This case shall be reheard en banc at 9:30 AM on June 24, 2008, in Pasadena, California. Petitioner's motion for supplemental briefing is granted. Petitioner's supplemental brief shall be filed no later than June 6, 2008. The state may file a supplemental response brief no later than June 16, 2008. Petitioner may file a supplemental reply brief no later than June 18, 2008. All briefs shall be served on opposing counsel by email or fax on the date the briefs are filed. Principal briefs may not exceed 4,200 words, and the optional reply brief may not exceed 2,100 words; the briefs should otherwise comply with Fed. R. App. P. 32. |
| 06/06/2008 | 63 | Filed original and 50 copies of Appellant Ronald Hayward (Informal: No) supplmental brief of 15 pages. Served on 06/06/2008. (EN BANC PANEL) |
| 06/16/2008 | 65 | CJA travel authorization sent to Michael Satris, Esq. for Ronald Hayward. Authorization number 9CJA06-553920608. |
| 06/16/2008 | 66 | Filed original and 50 copies of Appellee John Marshall (Informal: No) supplmental brief of 13 pages. Served on 06/16/2008. (EN BANC PANEL) |
| 06/17/2008 | 67 | Filed original and 30 copies of Amicus Curiaes FPD-CES and FPD-CAC joint amicus brief of 26 pages; served on 06/16/2008. (EN BANC COURT) |
| 06/18/2008 | 68 | Added attorney Daniel J. Broderick for FPD-CES.. |
| 06/18/2008 | 69 | Filed original and 30 copies of Appellant Ronald Hayward supplemental reply brief (Informal: No) of 8 pages, served on 06/18/2008. (EN BANC PANEL) |
| 06/24/2008 | 70 | ARGUED AND SUBMITTED TO ALEX KOZINSKI, DIARMUID F. O'SCANNLAIN, ANDREW J. KLEINFELD, SIDNEY R. THOMAS, BARRY G. SILVERMAN, RAYMOND C. FISHER, RICHARD A. PAEZ, MARSHA S. BERZON, RICHARD C. TALLMAN, RICHARD R. CLIFTON and N. RANDY SMITH. |

| 06/26/2008 | 71 | Filed Appellee John Marshall's additional citations. Served on 06/25/2008. (en banc panel) |

| **PACER Service Center** | | | |
| **Transaction Receipt** | | | |
| 06/26/2008 12:22:22 | | | |
| PACER Login: | dj1321 | Client Code: | delgado |
| Description: | Docket Report (filtered) | Search Criteria: | 06-55392 |
| Billable Pages: | 3 | Cost: | 0.24 |

1    **DECLARATION OF SERVICE BY U.S. MAIL**

2    Case Name:    **Clark v. Hernandez**

3    Case No.:    **08 CV 0399 H (PCL)**

4    I declare:

5    I am employed in the Office of the Attorney General, which is the office of a member of the
     California State Bar, at which member's direction this service is made. I am 18 years of age or older
6    and not a party to this matter. I am familiar with the business practice at the Office of the Attorney
     General for collection and processing of correspondence for mailing with the United States Postal
7    Service. In accordance with that practice, correspondence placed in the internal mail collection
     system at the Office of the Attorney General is deposited with the United States Postal Service that
8    same day in the ordinary course of business.

9    On June 26, 2008, I served the attached **RESPONDENT'S REQUEST FOR STAY PENDING
     ISSUANCE OF THE MANDATE IN HAYWARD** by placing a true copy thereof enclosed in a
10   sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the
     Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA
11   92186-5266, addressed as follows:

12

13
     Linda Buchalter, Esq.
14   Law Office of Linda Buchalter
     1011 5th Street, Suite 6
15   Santa Monica, CA 90403
     Attorney for Petitioner Joseph Clark
16

17

18
     I declare under penalty of perjury under the laws of the State of California the foregoing is true and
19   correct and that this declaration was executed on June 26, 2008, at San Diego, California.

20
         J. Yost
21   _____        _____
         Declarant                              Signature
22
     70128657.wpd
23

24

25

26

27

28