# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CLARK, | CASE NO. 08-CV-0399-H (PCL) |
| Petitioner, | ORDER DENYING MOTION TO STAY |
| vs. | |
| ROBERT HERNANDEZ, Warden, | |
| Respondent. | |

On June 26, 2008, Respondent filed a motion to stay this petition pending the outcome of the en banc proceedings in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), <u>reh'g en banc granted</u>, 527 F.3d 797, No. 06-55392 (9th Cir. May 16, 2008). (Doc. No. 6.)  The Court declines to speculate into the outcome of <u>Hayward</u>, or whether the en banc panel's decision would necessarily affect this petition.  Accordingly, the Court exercises its discretion to deny the motion to stay.  The Court continues to refer this section 2254 petition to the magistrate judge for a report and recommendation on the merits.

IT IS SO ORDERED.

DATED:  July 11, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.

- 1 -

08cv399