EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
HEATHER BUSHMAN
Supervising Deputy Attorney General
KIM AARONS, State Bar No. 213480
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 525-4398
 Fax: (619) 645-2581
 Email: Kim.Aarons@doj.ca.gov

Attorneys for Respondent Board of Parole Hearings

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CLARK,<br><br>        Petitioner,<br><br>v.<br><br>ROBERT HERNANDEZ, WARDEN,<br><br>        Respondent. | 08 CV 0399 H (PCL)<br><br>RESPONDENT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE HIS RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS<br><br>Judge: Hon. Peter C. Lewis |

  Respondent respectfully requests an extension of time, through August 6, 2008, within which to file an answer to the petition for writ of habeas corpus.

///

///

///

///

///

///

Case No. 08 CV 0399 H (PCL)

1  This application is based on good cause as set forth in the attached declaration of Kim
2  Aarons.
3  Dated: July 17, 2008
4                              Respectfully submitted,
5                              EDMUND G. BROWN JR.
                               Attorney General of the State of California
6                              DANE R. GILLETTE
                               Chief Assistant Attorney General
7
                               JULIE L. GARLAND
8                              Senior Assistant Attorney General
                               HEATHER BUSHMAN
9                              Supervising Deputy Attorney General

11                             /S/ Kim Aarons

12                             KIM AARONS
                               Deputy Attorney General
13                             Attorneys for Respondent

15  70130645.wpd
    SD2008600912

Case No. 08 CV 0399 H (PCL)

2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Clark v. Hernandez**

Case No.:    **08 CV 0399 H (PCL)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 18, 2008</u>, I served the attached **RESPONDENT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE HIS RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Linda Buchalter, Esq.
Law Office of Linda Buchalter
1011 5th Street, Suite 6
Santa Monica, CA 90403
Attorney for Petitioner Joseph Clark

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 18, 2008, at San Diego, California.

J. Yost
Declarant

*/s/ J. Yost*
Signature

70130747.wpd