1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | JULIE L. GARLAND
Senior Assistant Attorney General
4 | HEATHER BUSHMAN
Supervising Deputy Attorney General
5 | KIM AARONS, State Bar No. 213480
Deputy Attorney General
6 | 110 West A Street, Suite 1100
San Diego, CA 92101
7 | P.O. Box 85266
San Diego, CA 92186-5266
8 | Telephone: (619) 525-4398
Fax: (619) 645-2581
9 | Email: Kim.Aarons@doj.ca.gov

10 | Attorneys for Respondent Board of Parole Hearings

11

12 | IN THE UNITED STATES DISTRICT COURT

13 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15 | **JOSEPH CLARK,**                          08 CV 0399 H (PCL)

16 |                              Petitioner,   **DECLARATION OF KIM
AARONS IN SUPPORT OF**
17 |      v.                                    **RESPONDENT'S APPLICATION
FOR AN EXTENSION OF TIME**
18 | **ROBERT HERNANDEZ, WARDEN,**              **TO FILE HIS RESPONSE TO THE
PETITION FOR WRIT OF**
19 |                              Respondent.   **HABEAS CORPUS**

20 |                                            Judge:    Hon. Peter C. Lewis

21

22 |      I, Kim Aarons, declare as follows:

23 |      1. I am   an attorney at law, duly admitted and licensed to practice law before this Court. I

24 | am employed as a deputy attorney general for the State of California. In that capacity, I am the

25 | attorney representing Respondent in this matter. The following facts are based on my own personal

26 | knowledge, except for those facts based on information and belief, which I believe to be true. If

27 | called upon as a witness to testify, I could, and would, competently testify about the following facts.

28 | ///

2.On  March 11, 2008, this Court issued an order requiring Respondent to file an answer to the Petition for Writ of Habeas Corpus by July 7, 2008.  On June 25, 2008, I filed a request to stay this case pending the Ninth Circuit's issuance of the mandate in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted*, ___ F.3d ___, No. 06-55392 (9th Cir. filed May 16, 2008).  On July 11, 2008, this Court denied the request for a stay.  I was away from the office on that date and did not receive the Court's order until July 14, 2008.  The Court's order did not set forth a new deadline for filing the answer to the petition.

3.I  need additional time to file the Answer due to two previous assignments requiring my immediate attention.  Specifically, I am currently completing an answer to a habeas corpus petition in the matter of *Harrell v. Marshall*, SACV 08-337 R (FFM), due on July 18, 2008, after a stay request was denied.  I will then complete a response in the matter of *Delgado v. Salazar*, CV-08-3548-VBF (JTL), due on August 4, 2008 on a first requested extension of time, after which I will turn my attention to the present case.  Accordingly, I am requesting an extension of time through August 6, 2008 to complete and file the ordered response.  I do not anticipate requesting any further extensions of time.

4.This  is my first request for an extension of time.  This request is based on good cause as described above and is not made for the purpose of harassment or to create undue delay or for any other improper reason whatsoever.

///
///
///
///
///
///
///
///
///
///

Case No. 08 CV 0399 H (PCL)

5.   Earlier today, I contacted Linda Buchalter, counsel for Petitioner, and she indicated that she does not oppose this request.  Counsel will be served with a copy of this application by mail at the address that he provided to the clerk of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 17th day of July, 2008, at San Diego, California.

Dated:  July 17, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

HEATHER BUSHMAN
Supervising Deputy Attorney General

*/S/ Kim Aarons*

KIM AARONS
Deputy Attorney General
Attorneys for Respondent

70130745.wpd
SD2008700231

Case No. 08 CV 0399 H (PCL)

3

1    **DECLARATION OF SERVICE BY U.S. MAIL**

2    Case Name:    **Clark v. Hernandez**

3    Case No.:    **08 CV 0399 H (PCL)**

4    I declare:

5    I am employed in the Office of the Attorney General, which is the office of a member of the
     California State Bar, at which member's direction this service is made. I am 18 years of age or older
6    and not a party to this matter. I am familiar with the business practice at the Office of the Attorney
     General for collection and processing of correspondence for mailing with the United States Postal
7    Service. In accordance with that practice, correspondence placed in the internal mail collection
     system at the Office of the Attorney General is deposited with the United States Postal Service that
8    same day in the ordinary course of business.

9    On July 18, 2008, I served the attached **DECLARATION OF KIM AARONS IN SUPPORT OF**
     **RESPONDENT'S APPLICATION FOR AN EXTENSION OF TIME TO FILE HIS**
10   **RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS** by placing a true copy
     thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail
11   collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box
     85266, San Diego, CA  92186-5266, addressed as follows:

12

13
     Linda Buchalter, Esq.
14   Law Office of Linda Buchalter
     1011 5th Street, Suite 6
15   Santa Monica, CA  90403
     Attorney for Petitioner Joseph Clark
16

17

18
     I declare under penalty of perjury under the laws of the State of California the foregoing is true and
19   correct and that this declaration was executed on July 18, 2008, at San Diego, California.

20
             J. Yost
21   _____          _____
22           Declarant                              Signature

23   70130749.wpd

24

25

26

27

28