IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH CLARK,** | 08cv399 H (PCL) |
| Petitioner, | **ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **ROBERT HERNANDEZ, Warden,** | |
| Respondent. | |

Respondent applied ex parte for an extension of time to file his answer to the petition for writ of habeas corpus. For good cause having been shown, IT IS HEREBY

**ORDERED** that Respondent shall file an answer to the petition on or before <u>August 6, 2008</u>, and Petitioner, if he so chooses, shall file a traverse on or before <u>September 8, 2008</u>.

DATED: July 22, 2008

Peter C. Lewis
U.S. Magistrate Judge
United States District Court

08cv399 H

1