EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
HEATHER BUSHMAN
Supervising Deputy Attorney General
KIM AARONS, State Bar No. 213480
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 525-4398
 Fax: (619) 645-2581
 Email: Kim.Aarons@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CLARK,<br><br>               Petitioner,<br><br>    v.<br><br>ROBERT HERNANDEZ, WARDEN,<br><br>               Respondent. | 08 CV 0399 H (PCL)<br><br>**NOTICE OF LODGMENT IN 22 U.S.C. § 2254 HABEAS CORPUS CASE–TO BE SENT TO CLERK'S OFFICE**<br><br>Judge:    Hon. Peter C. Lewis |

     PLEASE TAKE NOTICE that Respondent hereby lodges the following documents in support of Respondent's Answer to the Petition for Writ of Habeas Corpus:

///

///

///

///

///

///

///

1 | Lodgment 1 - Superior Court Petition

2 | Lodgment 2 - Superior Court Return

3 | Lodgment 3 - Superior Court Order

4 | Lodgment 4 - California Court of Appeal Petition

5 | Lodgment 5 - California Court of Appeal Order

6 | Lodgment 6 - California Supreme Court Petition

7 | Lodgment 7 - California Supreme Court Order

8 | Lodgment 8 - California Court of Appeal Docket Report, No. H032680

9 | Dated: August 4, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

HEATHER BUSHMAN
Supervising Deputy Attorney General


/S/ Kim Aarons

KIM AARONS
Deputy Attorney General
Attorneys for Respondent

70132510.wpd
SD2008700231

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Clark v. Hernandez**

Case No.:    **08 CV 0399 H (PCL)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 6, 2008</u>, I served the attached **NOTICE OF LODGEMENT IN 22 U.S.C. § 2254 HABEAS CORPUS CASE - TO BE SENT TO CLERK'S OFFICE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Linda Buchalter, Esq.
Law Office of Linda Buchalter
1011 5th Street, Suite 6
Santa Monica, CA 90403
Attorney for Petitioner Joseph Clark

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 6, 2008, at San Diego, California.

J. Yost
_____    _____
Declarant    Signature

70132653.wpd