# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
SEP 2 - 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE  Lewis
FROM: R. Mullin,    Deputy Clerk    RECEIVED DATE: 8/21/2008
CASE NO.: 08cv0399 H (PCL)    DOCUMENT FILED BY: Petitioner
CASE TITLE: Clark v. Hernandez
DOCUMENT ENTITLED: Traverse

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: No original signature and document must be e-filed.** |

Date forwarded: 8/22/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: ~~PETER C. LEWIS~~

Dated: 8-25-08    By: _____
cc: All Parties



ORIGINAL

**REJECTED**

**REJECTED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CLARK,<br><br>        Petitioner,<br><br>v.<br><br>ROBERT HERNANDEZ, Warden,<br><br>        Respondent. | 08 CV 0399 H (PCL) |

### PETITIONER'S TRAVERSE

LINDA BUCHALTER
State Bar No. 139331
1011 5th Street, #6
Santa Monica, CA 90403
Telephone: (310) 393-7033

Counsel for Petitioner
JOSEPH CLARK