# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CLARK,<br><br>                Petitioner,<br>vs.<br><br>ROBERT HERNANDEZ, Warden,<br><br>                Respondent. | CASE NO. 08-CV-399 H (PCL)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING THE PETITION FOR HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254 |

On March 3, 2008, Petitioner Joseph Clark filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the Board of Parole Hearings' (the "Board") denial of parole on August 10, 2005. Petitioner presents two issues: (1) violation of his federal right to procedural due process by denial of parole based on the facts of his commitment offense; and (2) violation of his federal right to procedural due process by deferring a subsequent parole hearing for three years. On August 6, 2008, Respondent filed an answer to the petition.

After reviewing the Petition, Respondent's Answer and Memorandum of Points and Authorities, and all supporting documents submitted by the parties, and the

////
////
////
////

Report and Recommendation of the Magistrate Judge, the Court adopts the Report and Recommendation, and denies the petition.

IT IS SO ORDERED.

Dated: April 1, 2009

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

Copies to:

**Linda Mann Buchalter**
Law Offices of Linda Buchalter
1011 5th Street, Suite 6
Santa Monica, CA 90403

**Kimara A Aarons**
California Department of Justice
PO Box 85266
San Diego, CA 92186-5266